AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America for the Use of Warner Enterprises, Inc. d/b/a Sun Valley Electric Supply Co.,<br>*Plaintiff*<br>v.<br>International Electric, Inc.; International Fidelity Insurance Company; WG Yates & Sons Construction Company; Fidelity & Deposit Company of Maryland; Travelers Casualty and Surety Company of America,<br>*Defendants* | Civil Action No.   3:14-cv-03882-PJG |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____.

■ Pursuant to a notice of settlement and subsequent order of dismissal, the action as to the defendants International Fidelity Insurance Company, WG Yates & Sons Construction Company; Fidelity & Deposit Company of Maryland; Travelers Casualty and Surety Company of America, is dismissed with prejudice; and the action as to International Electric is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ Decided by the Honorable Paige J. Gossett, United States Magistrate Judge, presiding, granting the plaintiff and defendants, International Fidelity Insurance Company, WG Yates & Sons Construction Company; Fidelity & Deposit Company of Maryland; Travelers Casualty and Surety Company of America's joint motion for dismissal.

Date:  June 2, 2015

*ROBIN L. BLUME, CLERK OF COURT*

s/G. Mills

*Signature of Clerk or Deputy Clerk*